JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| A. ARTHUR FISHER,<br>    Plaintiff,<br>vs.<br>BARRY'S TICKET SERVICE, INC. and BARRY RUDIN,<br>    Defendant. | No. 2:17-cv-06438-MWF-JPR<br>Order re Stipulation Dismissing Action with Prejudice |

The Court having considered the stipulation of the parties, and for good cause showing, orders as follows:

This action is dismissed with prejudice under FED. R. CIV. P. 41(a)(1)(A)(ii). Each party will bear its own costs and attorney fees.

Dated: March 5, 2018

_____
Honorable Michael W. Fitzgerald
United States District Judge